**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

EMILIANO SANTIAGO,
             *Petitioner-Appellant,*

v.

DONALD H. RUMSFELD, Secretary of
Defense; LES BROWNLEE, Secretary
of the United States Department of
the Army (Acting); RAYMOND
BYRNE, Acting Adjutant General of
the Oregon National Guard; DAVID
DORAN, Captain, Detachment One,
Company D, 113 Aviation Unit
Commander,
             *Respondents-Appellees.*

No. 05-35005

D.C. No.
CV-04-01747-OMP

ORDER

Filed April 7, 2005

Before: Sidney R. Thomas, Circuit Judge and
En Banc Coordinator.

## ORDER

The request for initial hearing en banc on the Appellant's motion for an injunction pending appeal was referred to the entire court. No judge requested a vote of the active non-recused judges on the initial hearing en banc request within the time established for requesting a vote.

Therefore, the request for initial hearing en banc on the motion for an injunction pending appeal is **DENIED.** The panel shall resume control of the case.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
—————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.